IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAMAL KARNA ROY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-2345 |
| | § | |
| YAHOO, INC., et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER OF DISMISSAL

More than 120 days have passed since this case was filed on July 25, 2008. Paragraph 9 of the court's Order for Conference (Docket Entry No. 2) states:

> Fed. R. Civ. P. 4(m) requires defendant(s) to be served within 120 days after the filing of the complaint. The failure of plaintiff(s) to file proof of service within 120 days after the filing of the complaint may result in dismissal of this action by the court on its own initiative.

The court's file reflects no proof of service of summons and complaint on the defendants. Accordingly, this action will be dismissed without prejudice for plaintiff's failure to prosecute pursuant to Fed. R. Civ. P. 4(m).

**SIGNED** at Houston, Texas, on this 10th day of December, 2008.

SIM LAKE
UNITED STATES DISTRICT JUDGE