IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAMAL KARNA ROY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-08-2345 |
| YAHOO, INC., et al., | § § | |
| Defendants. | § § | |

## **FINAL JUDGMENT**

In accordance with the court's Order of Dismissal, this action is **DISMISSED without prejudice**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 10th day of December, 2008.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE